UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | ) | |
|---|---|---|
| WINSTON BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:09-CV-518-FL |
| | ) | |
| NACO - LAKE ROYALE RESORTS, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the defendant's motion to dismiss plaintiff's amended complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 19, 2010, that defendant's motion to dismiss plaintiff's amended complaint is granted where this court does not possess subject matter jurisdiction over plaintiff's action. Plaintiff shall have and recover nothing of defendant.

**This Judgment Filed and Entered on July 27, 2010, and Copies To:**

Winston Baker (via U.S. Mail) - 1920 Red Quartz Drive, Raleigh, NC 27610
Lori Peoples Jones (via CM/ECF Notice of Electronic Filing)

July 27, 2010              DENNIS P. IAVARONE, CLERK
                             /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk